FILED

NOV 16 1993

CLERK
U.S. DIST. COURT
MIDDLE DIST. OF AL
DEPUTY CLERK BY

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 93-313-N |
| v. ) | [21 USC 841(a)(1); |
| ) | 18 USC 924(c)(1); |
| MARCUS CERVANTES KNIGHT ) | 18 USC 922(g)(1)] |
| ) | INDICTMENT |

The Grand Jury charges:

### COUNT I

On or about October 1, 1993, at Montgomery, in the Middle District of Alabama, the defendant,

MARCUS CERVANTES KNIGHT,

did knowingly and intentionally distribute cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT II

On or about October 8, 1993, at Montgomery, in the Middle District of Alabama, the defendant,

MARCUS CERVANTES KNIGHT,

did knowingly and intentionally distribute cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT III

On or about October 15, 1993, at Montgomery, in the Middle District of Alabama, the defendant,

MARCUS CERVANTES KNIGHT,

did knowingly and intentionally possess with intent to distribute

cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT IV

On or about October 15, 1993, at Montgomery, in the Middle District of Alabama, the defendant

MARCUS CERVANTES KNIGHT,

did knowingly use and carry firearms, that is:

| description | serial number |
| --- | --- |
| 1) RG .22 caliber revolver | L764649 |
| 2) H&R .32 caliber revolver | AV074518 |
| 3) Davis Industries .380 caliber semi-automatic handgun | AP071910 |
| 4) Omega .22 caliber deringer | 2__66 |
| 5) Rossi .38 caliber revolver | D481434 |
| 6) Intratec 9mm semi-automatic pistol | 118130 |
| 7) Excam .22 caliber revolver | B64401 |
| 8) RG .22 caliber revolver | No number |

during and in relation to the commission of the offense of possession of cocaine base with intent to distribute, a drug trafficking crime prosecutable in a Court of the United States, in violation of Title 18, United States Code, Section 924(c)(1).

## COUNT V

On or about the 15th day of October, 1993, in Montgomery, in the Middle District of Alabama,

MARCUS CERVANTES KNIGHT,

the defendant herein, having been convicted on or about September 15, 1992, in the Circuit Court of Montgomery County, Alabama, of

2

unlawful possession of marijuana, a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, did knowingly possess, in and affecting commerce, firearms, that is:

| description | serial number |
|---|---|
| 1) RG .22 caliber revolver | L764649 |
| 2) H&R .32 caliber revolver | AV074518 |
| 3) Davis Industries .380 caliber semi-automatic handgun | AP071910 |
| 4) Omega .22 caliber deringer | 2__66 |
| 5) Rossi .38 caliber revolver | D481434 |
| 6) Intratec 9mm semi-automatic pistol | 118130 |
| 7) Excam .22 caliber revolver | B64401 |
| 8) RG .22 caliber revolver | No number |

in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

*Martha M. Evans*
Foreperson

*James Eldon Wilson*
JAMES ELDON WILSON
United States Attorney

R. RANDOLPH NEELEY
Assistant United States Attorney