March 10, 2008

Marcus C. Knight #09190-002
Federal Prison Camp
P.O. Box 150160
Atlanta, Ga. 30315

RECEIVED
2008 MAR 12 A 9:51
DEBRA P. HACKETT,
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Office Of The Clerk
U.S. District Court
P.O. Box 711
Montgomery, Ala. 36101-0711

D.C. Case No. CR-93-313-N

   Re: Amendment 706 To U.S. Sentencing Guidelines
   Dear reader,

   My understanding of the new amendment is very limited. Therefore, I'm requesting that this court will assign an attorney to assist me to determine whether or not I may be entitled relief according to the recent crack cocaine sentencing guidelines amendment. At the present, I've entered in my 15th year of a 20 year sentence. However, my understanding of the new sentencing guidelines on crack cocaine and the effects that it may have on my case is uncomprehensive.
   Wherefore, I pray that this court will assist me on this matter by appointing an attorney to assure that the correct legal proceedings are applied professionally.
                              Respectfully submitted, M. Knight