July 08, 2008

Marcus C. Knight #09190-002
Federal Prison Camp
P.O. Box 725
Edgefield, SC. 29824

RECEIVED
2008 JUL 16 A 10:36
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CR-93-313-N

Office Of The Clerk
U.S. District Court
P.O. Box 711
Montgomery, Ala. 36101-0711

Re: Amendment 706 To U.S. Sentencing Guidelines.

Dear reader,

My understanding of the new amendment is very limited. Therefore, I'm requesting that this court will assign an attorney to assist me to determine whether or not I may be entitled relief according to the recent crack cocaine sentencing guidelines amendment. At the present, I've entered into my 15th year of a 20 year sentence. However, my understanding of the new sentencing guidelines on crack cocaine and the effects that it may have on my case is uncomprehensive.

Wherefore, I pray that this court will assist me on this matter by appointing an attorney to assure that the correct legal proceedings are applied professionally.

Respectfully submitted,
M. Knight